NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS E. EMMONS, )
)
   Appellant, )
)
v. )   Case No. 2D17-4116
)
STATE OF FLORIDA, )
)
   Appellee. )
_____ )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.

PER CURIAM.

   Affirmed.  See Ransone v. State, 48 So. 3d 692 (Fla. 2010); Mount v.

State, 97 So. 3d 951 (Fla. 5th DCA 2012); Cregg v. State, 43 So. 3d 818 (Fla. 1st DCA

2010).

LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.